1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

11 | DENNIS W. SIMPSON, ) Case No. CV 08-05409 DDP (JCx)
    )
12 |             Plaintiff, )
    ) **ORDER TO SHOW CAUSE WHY THIS CASE**
13 |     v. ) **SHOULD NOT BE REMANDED FOR LACK**
    ) **OF SUBJECT-MATTER JURISDICTION**
14 | PIC LIFE INSURANCE COMPANY )
    | (PROFESSIONAL INSURANCE )
15 | CORPORATION d/b/a PIC LIFE )
    | INSURANCE COMPANY in )
16 | California); ANITA L. )
    | BRACKEMYRE, )
17 |     )
    |             Defendants. )
18 | _____ )

19

20

21      The Court orders the parties to show cause why this action

22 should not be remanded to the Superior Court of the State of

23 California for the County of Los Angeles for lack of subject matter

24 jurisdiction.  The Plaintiff brought suit in state court bringing

25 state law claims.  The Defendant removed the case to this Court

26 asserting diversity jurisdiction.  The Court is not convinced that

27 the amount in controversy for this claim exceeds $75,000 as

28 required for diversity jurisdiction.  See 28 U.S.C. § 1332(a).

1       The Court orders the parties to file cross-briefs, not to

2   exceed ten pages, on or before October 13, 2008, to show cause

3   why this action should not be remanded to state court for failure

4   to establish federal jurisdiction.  The parties should also deliver

5   a courtesy copy to chambers, Room 244-J, Second Floor, 312 N.

6   Spring Street, Los Angeles.  If a party does not file a brief, the

7   Court will regard that party as not opposing remand of this matter.

8   A hearing on this matter is set for Monday, October 27, 2008, at

9   10:00 a.m.

10

11

12  IT IS SO ORDERED.

13
    Dated: September 25, 2008

14                                    DEAN D. PREGERSON
                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2